The People of the State of New York, Respondent,
against
Aliou Dieye, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Robert M. Mandelbaum, J.), rendered December 1, 2011, after a nonjury trial, convicting him of unlicensed general vending, and imposing sentence.




Per Curiam.
Judgment of conviction (Robert M. Mandelbaum, J.), rendered December 1, 2011, affirmed.
The information, consisting of the misdemeanor complaint and supporting deposition, sufficiently set forth the basis for the charge of unlicensed general vending (see Administrative Code of City of NY § 20-453), by alleging that defendant "displayed and offered for sale four tee shirts" and "show[ed] the merchandise to numerous people," including four who "approach[ed] the defendant, examine[d] the merchandise, and engage[d] in conversation with the defendant"; and defendant does not dispute that the People's pleading adequately alleged that he engaged in the conduct required for acting as a general vendor. Contrary to defendant's contention, the sworn police allegations - that defendant was "not displaying a license issued by the Department of Consumer Affairs and could not produce one when asked" - were "sufficiently evidentiary in character" (People v Allen, 92 NY2d 378, 385 [1998]) to establish that defendant lacked the requisite license (see People v Kasse, 22 NY3d 1142, 1143 [2014]).THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: March 14, 2016